AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MAXINE HOPKINSON, et al.,

                Plaintiff,

    v.

DOMINIC MARROCCO, et al.,

                Defendant.

JUDGMENT IN A CIVIL CASE
for ATTORNEY FEES

Case Number:  2:19-CV-358 JCM (GWF)

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered  in favor of plaintiffs and against Marrocco.  Marrocco shall pay plaintiffs $13,037.50 in attorney's fees.

    4/22/20
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ A. Reyes
_____
Deputy Clerk